**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00095-CV**
_____

**IN RE DUANE T. CORLEY**

**Original Proceeding**
**County Court at Law No. 2 of Montgomery County, Texas**
**Trial Cause No. 19-12-16524-CV**

**MEMORANDUM OPINION**

Relator Duane T. Corley filed a petition for writ of mandamus to compel the Honorable Claudia Laird, Judge of the County Court at Law No. 2, to set aside her order granting the motion for new trial filed by the real parties in interest, Jamie Fernandez and Charles Ciaramitaro. We stayed the order pending resolution of the mandamus proceeding and requested a response from the real parties in interest. On May 27, 2021, Corley filed a motion to lift the stay for the limited purpose of allowing the trial court to consider and sign, if appropriate, an order setting aside its order of April 23, 2021, which granted a new trial. On June 8, we entered an order

1

lifting the stay for said limited purpose and withdrawing our request for a response by the real parties in interest.

On June 28, 2021, Corley filed a motion to dismiss this mandamus proceeding. Corley asserts in his motion to dismiss that the trial court has vacated its order of April 23, 2021, rendering the issues raised in the mandamus moot. We dissolve our temporary order and grant the motion to dismiss. The original proceeding is dismissed without reference to the merits.

PETITION DISMISSED.


PER CURIAM


Submitted on July 14, 2021
Opinion Delivered July 15, 2021

Before Golemon, C.J., Horton and Johnson, JJ.